No. 24-1360, 24-1361

# United States Court of Appeals for the Federal Circuit

_____

CLANTECH, INC., MODERN FONT APPLICATIONS LLC,

*Appellants*,

v.

COSTAR REALTY INFORMATION, INC., DUOLINGO, INC.,

*Appellees*.

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00799, IPR2022-00800

_____

**NOTICE OF WITHDRAWAL OF AKOSUA KYEREME-TUAH AS COUNSEL**

_____

Pursuant to Federal Circuit Rule 47.3(c), Appellees CoStar Realty Information, Inc. and Duolingo, Inc. ("Appellees") principal counsel Gregory K. Sobolski withdraws the appearance of Akosua P. Kyereme-Tuah as non-principal counsel for Appellees. On February 14, 2025, Ms. Kyereme-Tuah will be leaving the firm of Latham & Watkins LLP and will no longer represent Appellees in this appeal. Appellees will continue to be represented by principal counsel Gregory K.

Case: 24-1360    Document: 41    Page: 2    Filed: 02/12/2025

Sobolski alongside Gabriel K. Bell, Inge A. Osman, and Ashley M. Fry of Latham & Watkins LLP.

Dated:  February 12, 2025

Respectfully submitted,

 /s/ Gregory K. Sobolski
Gregory K. Sobolski
LATHAM & WATKINS LLP
505 Montgomery Drive, Suite 2000
San Francisco, CA 94111
(415) 391-0600
greg.sobolski@lw.com

*Counsel for Appellees CoStar Realty Information, Inc. and Duolingo, Inc.*